# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIPE ROMAN HOLGUIN,<br><br>                      Plaintiff,<br><br>      v.<br><br>MADERA COUNTY JAIL CAPTAIN 2015, et al.,<br><br>                      Defendants. | 1:21-cv-01586-JLT-GSA-PC<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR EXTENSION OF TIME TO FILE OBJECTIONS**<br><br>**(ECF No. 24.)**<br><br>**FORTY-FIVE-DAY DEADLINE TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATIONS**<br><br>**ORDER FOR CLERK TO SEND PLAINTIFF COPIES OF DOCUMENTS #21 AND #23** |

Felipe Roman Holguin ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. On March 15, 2023, Plaintiff filed a motion for a 90-day extension of time to file objections to the findings and recommendations issued on December 13, 2022. (ECF No. 24.) Plaintiff also filed a notice of change of address and requested the Court to send him a copy of the Court's prior order concerning the objections. (Id.)

The Court has updated Plaintiff's address and will direct the Clerk to send Plaintiff copies of the findings and recommendations (ECF No. 21) and the Court's prior order granting Plaintiff an extension of time to file objections in response to his request (ECF No. 23).

The court finds good cause to grant Plaintiff a 45-day extension of time to file objections to the findings and recommendations. Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request for extension of time, filed on March 15, 2023, is granted;
2. Plaintiff is granted 45 days from the date of service of this order in which to file objections to the findings and recommendations issued on December 13, 2022; and
3. The Clerk is directed to send Plaintiff copies of the findings and recommendations (ECF No. 21) and the Court's prior order granting Plaintiff an extension of time to file objections (ECF No. 23).

IT IS SO ORDERED.

Dated: **March 16, 2023**           **/s/ Gary S. Austin**
                          UNITED STATES MAGISTRATE JUDGE